JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAFAEL SALAS, | Case No. CV 18-04781-VAP (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PFIEFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: June 13, 2018

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge